JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: SACV08-01231 JVS (MLGx)<br><br>**JUDGMENT AFTER COURT TRIAL**<br><br>Date of Trial:   October 19, 2009<br>Courtroom   :   10C<br>Location    :   Santa Ana<br>Honorable James V. Selna |

This action came on for a Court Trial on October 19, 2009, before the Court, the Honorable James V. Selna, presiding. The issues having been duly tried; a decision having been duly rendered; and the Court having issued its Memorandum of Decision setting forth the Court's findings of fact and conclusions of law,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. That judgment hereby is entered in favor of Defendant Life Insurance Company of North America in this action;

2. That plaintiff Bernadette Johnson is entitled to no relief pursuant to her Complaint filed in this action; and

3. That Defendant Life Insurance Company of North America is the prevailing party in this action and shall be entitled to costs.

Dated: October 30, 2009

By: _____
Honorable James V. Selna
United States District Judge

---

1
**[PROPOSED] JUDGMENT AFTER COURT TRIAL**
USDC CDCA Case #SACV08-01231 JVS (MLGx)
484739.1